# In The United States Court of Federal Claims

No. 04-1306C

(Filed: November 23, 2004)

1st TRUST & SAVINGS BANK OF KANKAKEE

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 19, 2004, defendant filed its second unopposed motion for enlargement of time in which to respond to plaintiff's complaint. Defendant's response was originally due October 5, 2004, which was extended to November 19, 2004, by order dated October 5, 2004. The motion is hereby **GRANTED**. Defendant shall file its response to the complaint on or before **January 3, 2005**. No further enlargement of this deadline will be granted. Ordinarily, the court's view is that 120 days to respond to a complaint, *i.e.*, one sixty day extension, is adequate time. Because the circumstances of this motion are somewhat, unusual the court will grant the additional time requested.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge