# In The United States Court of Federal Claims

No. 04-1306C

(Filed: February 9, 2005)

---

1st TRUST & SAVINGS BANK OF KANKAKEE

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A joint preliminary status conference will be held in this case on Monday, March 4, 2005, at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge